

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 15, 2023

**MEMO ENDORSED**

**Via CM/ECF**
The Honorable Barbara C. Moses
United States District Court
Southern District of New York

RE:   *Lawal v. F.J. Designs, Inc.*
         1:23-cv-02477-ALC-BCM

Dear Judge Moses:

I represent Plaintiff in the above-referenced matter, and write with the gracious consent of Defendant's counsel to respectfully request that the Initial Conference currently scheduled for August 17, 2023, be adjourned because of a scheduling conflict for me. I apologize that this request is not being made consistent with Your Honor's Individual Rules, four days in advance.

I further request that the conference not be adjourned to September 15, 25, 29, or the first week of October, as I will be out of office for religious observances.

This is the second adjournment request, as the parties jointly requested an adjournment on July 17, 2023, to give us additional time to try to resolve this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

---

Application GRANTED. The initial case management conference scheduled for August 17, 2023 is ADJOURNED to **October 11, 2023** at **10:00 a.m.** The parties shall file their pre-conference statement no later than **October 4, 2023**. No further adjournments will be granted absent compelling circumstances. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
August 15, 2023