UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, on behalf of herself and all others similarly situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>F.J. DESIGNS, INC.,<br><br>       Defendant. | 23-CV-2477 (JGLC)<br><br>**<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the initial pretrial conference in front of Magistrate Judge Barbara C. Moses on October 11, 2023. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 16, 2023
    New York, New York

                    SO ORDERED.

                    *Jessica Clarke*
                    JESSICA G. L. CLARKE
                    United States District Judge