

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2023

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 4, 2023

**Via CM/ECF**
The Honorable Barbara C. Moses
United States District Court
Southern District of New York

**MEMO ENDORSED**

RE:   *Lawal v. F.J. Designs, Inc.*
      1:23-cv-02477-JGLC-BCM

Dear Judge Moses:

    This law firm represents Plaintiff in the above-referenced matter. In light of the fact that a Mediation Conference will be held on October 16, 2023, we write jointly with Defendant's counsel to respectfully request that the Initial Conference currently scheduled before Your Honor on October 11, 2023, be adjourned.

    This request is not intended for delay and would promote the most efficient use of the Court's and Parties' resources, as the outcome of the Mediation Conference may bear on the schedule for this case.

    This is the third adjournment request in this matter, as we requested more time for direct negotiations on July 17, and another adjournment due to a personal scheduling conflict on August 15.

    We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

Application GRANTED. The initial case management conference scheduled for October 11, 2023 is ADJOURNED *sine die*. No later than one week after the conclusion of the parties' mediation, they shall file a joint letter updating the Court what issues, if any, remain in the case. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
October 5, 2023