

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 17, 2023

**MEMO ENDORSED**

**Via CM/ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York

RE:  *Lawal v. F.J. Designs, Inc.*
     Case No.: 1:23-cv-02477-JGLC-BCM

Dear Judge Clarke:

   We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a thirty-one (31) day extension of time for the parties to file any application to reopen this case. The new due date would be Monday, December 18, 2023. The requested extension will afford the parties an opportunity to finalize our settlement papers.

   This is the first such request in this matter.

   We thank the Court for its kind consideration and courtesies.

                                           Respectfully Submitted,

                                           */s/ Mark Rozenberg*
                                           By:  Mark Rozenberg, Esq.

Application GRANTED. Any motion to reopen the case must be made by **December 18, 2023**. The Clerk of Court is directed to terminate ECF No. 24.

Dated: November 20, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge